UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK MULDOWNEY

V.

U.S. DEPARTMENT OF JUSTICE

RICK SMITH



CIVIL ACTION
NO.

COMPLAINT  04  10104 RWZ

### Parties

1. The plaintiff is a resident of Melrose, Middlesex County, Massachusetts and a citizen of the United States.

2. The defendant Rick Smith is the former Chief of Police in the city of Melrose, current Chief of Police in the town of Wakefield and a citizen of the United States. The address of the Wakefield Police station is 531 Lowell St., Wakefield, MA 01880

### Jurisdiction

3. This court has jurisdiction over this matter pursuant to the 4th, 9th and 13th Amendments to the United States Constitution.

### Facts

4. The defendants have, without good reason and, at least for some period, in direct violation of Massachusetts State Law, used powerful electronic

surveillance machinery to capture images of the plaintiff continuously for an extended period of time (measured in months or years).

5. During this ongoing period, the defendants have continuously informed the plaintiff, through various indirect means, most notably through the use of sirens, that he was under total surveillance and that his most minute actions were being observed.

6. The plaintiff holds that such a forced, prolonged and pervasive deprivation of privacy is, in and of itself, inherently harmful to the human body.

7. The defendants have, using this surveillance equipment, continuously obtained detailed images of the plaintiffs body.

8. More unthinkably, in a vulgar and unspeakably cruel turn, the defendants have and continue to distribute these morally repugnant images to an audience of untold size, presumably via the Internet.

9. The plaintiff, not knowing at first what was happening, and then not knowing, and still not knowing, whether this prolonged electronic surveillance is of an active or passive nature, whether guidelines for the health of the person under surveillance were being ignored, whether some type of potentially harmful electromagnetic radiation is used to illuminate the person, and whether the electronic surveillance is in fact killing him, has, and to a lesser extent, does, as a result suffer the ill-effects of severe and prolonged stress.

10. Severe and prolonged stress is itself recognized by the modern medical community to cause many ailments, some lethal.

11. The defendants actions, because they force the plaintiff to do something he does not want to do, (specifically, to appear at any and all times before a viewing audience) and because he is unable to escape their mandate, said actions constitute, among other things, a modified form of human bondage.

12. The defendants actions also amount to concerted campaign of mental cruelty, sexual exploitation and sexual harassment.

13. The defendants have exhibited depraved indifference to the consequences of their actions.

14. The notoriety of these events, the plaintiff contends, has caused permanant and irreparable harm to his ability to find and retain gainful employment.

15. Wherefore, the plaintiff asks that the Court issue an injunction against the defendants, enjoining them to immediately and permanantly cease and desist from using any and all electronic surveillance and wiretapping technologies towards the plaintiff, his residence, and his motor vehicle, and to permanantly disconnect, disengage and remove any such devices and machinery previously used and/or installed for the purposes of the here alleged conduct. The plaintiff furthermore asks for compensatory damages in the amount of $ 2 million and for punitive damages in the amount of $40 million.

Signature _[signed]_ pro se

Name         Mark Muldowney

Address      245 Porter Street

             Melrose, MA 02176

Telephone # (781) 665-0908