AO 240 (Rev. 7/90)

# UNITED STATES DISTRICT COURT

IN CLERKS OFFICE

District of ___*MASSACHUSETTS*___

2004 JAN -8  P 3: 07

Plaintiff

U.S. DISTRICT COURT
DISTRICT OF MASS.

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

## 04 10104 RWZ

CASE NUMBER:

Defendant

MAGISTRATE JUDGE *Alexander*

I, ___*MARK MULDOWNEY*___ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?          ☐ Yes          ☒ No          (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?          ☐ Yes          ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. *Lowes Home Improvement*
   *4/23/03    $548.09    2 week pay period         153 Andover St. Danvers, MA 01923*

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4. Do you have any cash or checking or savings accounts?    ☒ Yes    ☐ No

   If "Yes," state the total amount.   $276.08

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other
   thing of value?    ☒ Yes    ☐ No

   If "Yes," describe the property and state its value.

   401 K account
   $12,382.26

6. List the persons who are dependent on you for support, state your relationship to each person and indicate
   how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

1/08/04
_____
Date

_____
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**My Profile**
- Email Address

**Market Update**

**DJIA**



| | | | |
|---|---|---|---|
| 2:47 PM ET | | | 9/17/2003 |
| DJIA | 9,552.53 | ▼ | -14.81 |
| SPX | 1,025.93 | ▼ | -3.39 |
| NASDAQ | 1,879.75 | ▼ | -7.50 |
| RUT | 514.52 | ▼ | -1.14 |
| DJTA | 2,764.56 | ▼ | -8.82 |
| DJUA | 245.11 | ▼ | -1.20 |

Terms of use   © BigCharts.com

**Accounts**

**NetBenefits Accounts**

| | |
|---|---|
| PRIVATE HEALTHCARE | $10,765.35 |
| ELECTRONICS FOR IMAG | $1,616.91 |
| **Account Total** | **$12,382.26** |

Accounts ▶

NetBenefits balances as of: 09/16/2003

Copyright © 1996-2003 FMR Corp. All rights reserved.

Important legal information
Fidelity's Commitment to Privacy
AA=5 DC=73 HW=7 IA=6

**Site Highl**
- Message About M from Fidelity Chai
- Timely News on F Market Perspectiv
- What to Consider Venturing Beyonc
- High Wire Act: Ba Work and Leisure

**Portfolio ˙**

Use **Fidelity Portfo** to help you create a reaching all your fini

**Portfo**

**Personal In**
- Save 50% on the for the Web$^{SM}$ fec
- 529 college savin now even better.
- Find out how you for additional Fide by consolidating y with us.

**Employe**