UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**MARK MULDOWNEY,**
                      **Plaintiff,**

                                                           Civil Action

             **v.**

                                                         No.  **04-10104-GAO**

**UNITED STATES DEPARTMENT OF JUSTICE and RICK SMITH,**
                      **Defendants.**


ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES

**Having considered the plaintiff's Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915;**

☒    **In accordance with Fed. R. Civ. P. 5(e), the clerk filed this complaint on _____ and assigned it Civil Action No. 04-10104-GAO.**

**It is ORDERED that:**

☒    **The application to proceed without prepayment of fees is GRANTED.**

☐    **It is FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff with all costs of service to be advanced by the United States.**

☒    **It is FURTHER ORDERED that the complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2) for the reasons stated in the accompanying memorandum.**

G    **It is FURTHER ORDERED that the application is DENIED for the reasons stated in the accompanying memorandum.**


 **2/5/04**                            **/s George A. O'Toole**
**DATE**                          **UNITED STATES DISTRICT JUDGE**

(ifpnonpr.ord - 9/20/96)                                                            [oifp.]