UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK MULDOWNEY,                    )
          Plaintiff,              )
                                   )
          v.                       )          C.A. No. 04-10104-GAO
                                   )
UNITED STATES DEPARTMENT OF        )
JUSTICE and RICK SMITH,            )
          Defendants.             )


MEMORANDUM AND ORDER OF DISMISSAL


On January 8, 2004, plaintiff Mark Muldowney submitted for

filing his self-prepared complaint alleging that defendant Smith

violated plaintiff's constitutional rights.

However, the instant action arises out of the same allegations

and seeks the same relief as plaintiff seeks in Muldowney v. Smith,

C.A. No. 03-11809-GAO (scheduling conference set for Feb. 20, 2004).

Plaintiff lists the United States Department of Justice in the case

caption, but the  complaint reveals no specific allegations regarding

the conduct of the United States Department of Justice.

Because Muldowney raised the same allegations raised herein in

his Complaint in Muldowney v. Smith, et al., C.A. No. 03-11809-GAO,

this action is DISMISSED as duplicative and malicious under the

authority of 28 U.S.C. § 1915(e)(2).[1]  The Court notes that Muldowney

_____

[1] 28 U.S.C. § 1915(e)(2)(B)(i) directs the Court to
dismiss the case at any time if the court determines that the

v. Smith, et al., C.A. No. 03-11809-GAO is pending with a scheduling

conference set for 10:00 a.m. on Friday, February 20, 2004.

Accordingly, it is hereby

    ORDERED that plaintiff's complaint is DISMISSED AS DUPLICATIVE

pursuant to 28 U.S.C. § 1915(e)(2); and it is further

    ORDERED that the Clerk shall close the file.

SO ORDERED.


Dated at Boston, Massachusetts, this 5th day of February,
2004.




        /s George A. O'Toole, Jr.
        GEORGE A. O'TOOLE, JR.
        UNITED STATES DISTRICT JUDGE

---

action "is frivolous or malicious."  28 U.S.C. §
1915(e)(2)(B)(i)