UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


MARK MULDOWNEY
                    Plaintiff(s)


        v.                                          CIVIL ACTION NO. 04-10104-GAO


U.S. DEPARTMENT OF JUSTICE
                    Defendant(s)


**JUDGMENT IN A CIVIL CASE**


        O'TOOLE            , D.J.


**G**      **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and
         the jury has rendered its verdict.


**X**      **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have
         been tried or heard and a decision has been rendered.

      **IT IS  ORDERED AND ADJUDGED**

               Pursuant to the Court's Memorandum and Order, dated February 5, 2004, the plaintiff's
complaint is DISMISSED AS DUPLICATIVE pursuant to 28 USC, section 1915(e)(2).


                                    TONY ANASTAS,
                                    CLERK OF COURT


Dated: February 10, 2004                By    Paul S. Lyness
                                           Deputy Clerk


(Judgment Civil.wpd - 11/98)                                    [jgm.]